PD-0173-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/26/2015 4:00:26 PM
Accepted 10/27/2015 5:21:29 PM
ABEL ACOSTA
CLERK



CASE NO. PD-0173-15

In the Court of Criminal Appeals
Austin, Texas

GORDON RAY LEWIS

Petitioner

FILED IN
COURT OF CRIMINAL APPEALS

October 27, 2015

ABEL ACOSTA, CLERK

V.

STATE OF TEXAS

Respondent

Appealed from the Second Court of Appeals
Fort Worth, Texas

Court of Appeals Cause No. 02-13-00367-CR

---

## MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING OF PETITION FOR DISCRETIONARY REVIEW

---

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

NOW COMES Gordon Ray Lewis, petitioner, who makes and files the following motion for extension of time in which to file a motion for rehearing of his petition for discretionary review, and in support thereof would respectfully show:

# I.

## CERTIFICATE OF CONFERENCE

This is to certify that a conference was held with the state's prosecuting attorney regarding the merits of this motion and the requested relief. Counsel for the state's prosecuting attorney advised that she did not oppose the requested relief.

# II.

On October 14, 2015, this Court refused Gordon Ray Lewis' petition for discretionary review seeking to appeal his conviction and sentence.

# III.

Based on the calculations of petitioner's counsel, the motion for rehearing in this matter is due October 29, 2015.

# IV.

Petitioner seeks an additional seven days in which to file his motion for rehearing of his petition for discretionary review.

# V.

Good cause exists for this extension. Counsel for petitioner was engaged in a lengthy contempt hearing in cause number 90927, styled *National Lloyds Insurance Company v. Ervin Lee*, in the 40th Judicial District Court of Ellis County, Texas. Additionally, counsel is scheduled to

take the post judgment deposition of the defendant in that same cause October 27, 2015. Additionally, counsel for petitioner is scheduled to attend prepaid continuing legal education in Austin, Texas on October 29 and 30, 2015.

## VI.

Petitioner Gordon Ray Lewis is currently incarcerated in the Texas Department of Criminal Justice, Institutional Division, serving a life sentence.

WHEREFORE, PREMISES CONSIDERED, petitioner prays that his motion for extension of time to file a motion for rehearing of his petition for discretionary review in the above styled and numbered cause be sustained, and that he have up to and including November 5, 2015 in which to file his motion for rehearing. Petitioner prays for such other and further relief, both general and special, at law or in equity, to which he may show himself to be justly entitled.

Respectfully submitted,

By: /s/Michael W. Minton
MICHAEL W. MINTON
State Bar No. 14194550

THE LAW OFFICES OF
MICHAEL W. MINTON, P.L.L.C.
6100 Western Place, Suite W0541
Fort Worth, Texas 76107

mminton@mintonlaw.com
Telephone: 817-377-9200
Facsimile: 817-377-9201

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 26, 2015, a true and correct copy of the above and foregoing document was sent via electronic service and/or facsimile transmittal to all counsel of record in the above-styled and numbered cause.

*/s/Michael W. Minton*
MICHAEL W. MINTON